UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 18, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NELSON GUTIERREZ, ) <br> ) <br> Defendant. ) | Case No. 2:14-mj-00187-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, NELSON GUTIERREZ, Case No. 2:14-mj-00187-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

\_\_\_   Bail Posted in the Sum of: $75,000.00

_X_   Unsecured Appearance Bond

\_\_\_   Secured Appearance Bond

_X_   (Other) Conditions as stated on the record.

\_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 8/18/2014 at 4:15 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge