THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Nelson Gutierrez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>NELSON GUTIERREZ,<br><br>         Defendant. | Case No.: 2:14-cr-00239-GEB<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND AMENDED PSR SCHEDULE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 5, 2016, at 9:00 a.m. is continued to October 28, 2016, at 9:00 a.m. in the same courtroom.  Probation has requested additional time to complete the PSR and Defendant needs additional time to prepare for sentencing.  Ross Naughton, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: June 27, 2016                    By:    /s/ Thomas A. Johnson
                                               THOMAS A. JOHNSON
                                               Attorney for Nelson Gutierrez

- 2 -

1  DATED: June 27, 2016                    PHILLIP A. TALBERT
2                                          Acting United States Attorney
3                               By:   /s/ Thomas A. Johnson for
                                      ROSS NAUGHTON
4                                     Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: July 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00239-GEB |
| Plaintiff, | MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |
| vs. | |
| NELSON GUTIEEREZ, | |
| Defendant. | |

| | |
|---|---|
| Judgment and Sentencing date: | October 28, 2016 |
| Reply or Statement | October 21, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | October 14, 2016 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | September 30, 2016 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 16, 2016 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | August 26, 2016 |