THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Nelson Gutierrez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00239-GEB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND AMENDED PSR SCHEDULE |
| NELSON GUTIERREZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 28, 2016, at 9:00 a.m. is continued to December 2, 2016, at 9:00 a.m. in the same courtroom.  Defendant needs additional time to prepare for sentencing.  Ross Naughton, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: September 20, 2016                By:    /s/ Thomas A. Johnson
                                                 THOMAS A. JOHNSON
                                                 Attorney for Nelson Gutierrez

DATED: September 20, 2016                       PHILLIP A. TALBERT
                                                Acting United States Attorney

                                         By:    /s/ Thomas A. Johnson for
                                                ROSS NAUGHTON
                                                Assistant United States Attorney

- 1 -

- 2 -

1   **IT IS SO ORDERED.**

2   Dated: October 19, 2016

5   _____
    GARLAND E. BURRELL, JR.
6   Senior United States District Judge

28                 IN THE UNITED STATES DISTRICT COURT

- 3 -

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00239-GEB |
| Plaintiff, | MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |
| vs. | |
| NELSON GUTIEEREZ, | |
| Defendant. | |

| | |
|---|---|
| Judgment and Sentencing date: | December 2, 2016 |
| Reply or Statement | November 23, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 18, 2016 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 11, 2016 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 28, 2016 |